# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ CASTANEDA,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>Respondents. | Case No. 1:26-cv-01866-JLT-SAB-HC<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 5) |

The Court has read and considered the application of David Osvaldo Estrella, attorney for Petitioner, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, David Osvaldo Estrella's application for admission to practice Pro Hac Vice (ECF No. 5) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge