**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN RAMIREZ CASTANEDA, | No. 1:26-cv-01866 JLT SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENTS' MOTION TO DISMISS WITHOUT PREJUDICE, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE |
| v. | |
| TODD LYONS, et al., | |
| Respondents. | (Docs. 13, 16) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2026, the magistrate judge issued findings and recommendations, which concluded that Respondents' motion to dismiss should be denied without prejudice. (Doc. 16.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on June 5, 2026 (Doc. 16) are **ADOPTED IN FULL**.

2.  Respondents' motion to dismiss (Doc. 13) is **DENIED** without prejudice.

3.  The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 28, 2026**

UNITED STATES DISTRICT JUDGE

2